FILED
08 JUL -7 AM 9:41
BY: DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Gabriel Idelfonso ABARCA-SANCHEZ,<br>Defendant. | Magistrate Case No.: '08 MJ 2040<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 3, 2008, within the Southern District of California, defendant Gabriel Idelfonso ABARCA-SANCHEZ, did knowingly and intentionally import approximately 64.60 (142.12 pounds) of Marijuana, a Schedule I Controlled Substance, and 0.31 grams of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Carlos Delgado
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH DAY OF JULY 2008.

U.S. MAGISTRATE JUDGE

TKM

## PROBABLE CAUSE STATEMENT

I, Special Agent Carlos Delgado, declare under penalty of perjury, the following is true and correct:

On July 3, 2008, at approximately 3:40 PM, United States citizen, Gabriel Idelfonso ABARCA-SANCHEZ attempted to enter the United States at the San Ysidro Port of Entry, San Diego, California. ABARCA-SANCHEZ was the driver and registered owner of a white 1996 MCI bus, with the markings "STAR TOURS" on the bus, bearing California license plate CAUS/CP86514.

On July 3, 2008 at approximately 3:44 PM, CBP Officer Barroga while assigned his duties at the San Ysidro Port of Entry, inspected the bus ABARCA-SANCHEZ was driving. ABARCA-SANCHEZ presented his commercial driver's license to Officer Barroga and stated he was born in Los Angeles, California, and that he had forgotten his passport at home. While the inspection of the bus was in process, his United States citizenship was confirmed by CBP Officer Park.

On July 3, 2008 at approximately 3:50 PM, CBPO Joseph while assigned to the Canine Enforcement Team approached the bus driven by ABARCA-SANCHEZ. CBPO Joseph noticed the bus was very clean and the license plates had been recently issued. Officer Joseph asked ABARCA-SANCHEZ for his entry documents into the United States. ABARCA-SANCHEZ presented Officer Joseph with his Commercial driver's license and claimed to be a United States citizen by birth. Officer Joseph received two negative declarations from ABARCA-SANCHEZ. ABARCA-SANCHEZ told Officer Joseph that he was the owner of the bus and that he was transporting the

Turn

passengers to Viejas Casino. ABARCA-SANCHEZ also told Officer Joseph that he had owned the bus for three weeks. Officer Joseph noticed that ABARCA-SANCHEZ did not make eye contact with him. Officer Joseph noticed that there were fresh tool marks around the corners to the ramp.

CBP Officer Rocha responded to assist Officer Joseph with his assigned Narcotics and Human Detector Dog (NHDD) "Cuervo" (CE-48). Officer Rocha stated that NHDD Cuervo alerted to the front luggage compartment of the bus.

CBP Officer Garza while assigned to the Anti-Terrorism Canine Enforcement Team (A-TCET) conducted the cursory inspection of the bus. During the inspection, Officer Garza found packages hidden under the floor board.

On July 3, 2008 at approximately 4:15 PM, CBP Officer Felix was assigned to conduct a seven-point inspection of the bus driven by ABARCA-SANCHEZ. Officer Felix inspected the area where the canine alerted and found packages containing a green leafy substance in what appeared to be a compartment. Officer Felix stated that package contents were tested and results were positive for marijuana. Officer Felix stated that the center compartment where the packages were found extended all the way to the back of the bus. Officer Felix removed a total of 10 packages weighing approximately 64.60 kilograms (142.12 pounds). While performing a further inspection of the bus, Officer Felix found on the driver side sun visor a box of cigarettes that contained cigarettes, a glass pipe, and two bindles containing a white crystalline substance. Officer Felix stated the substance field-tested positive for methamphetamine. Officer Felix removed a total of two bindles weighing approximately 0.31 grams of methamphetamine.

ABARCA-SANCHEZ, Gabriel I.

ABARCA-SANCHEZ was read his rights per Miranda and asked to speak with an attorney. ABARCA-SANCHEZ was arrested, processed, and transported to the Metropolitan Correctional Center pending his initial appearance before a U.S. Magistrate Judge in San Diego, California.

Executed on July 4, 2008, 0130 hours

Carlos Delgado, Special Agent
U.S. Immigration & Customs
Enforcement

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on July 3, 2008, in violation of Title 21, United States Code, Section(s) 952 & 960.

United States Magistrate Judge

7/4/08, 1232 hrs
Date/Time