FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GABRIEL IDELFONSO ABARCA-SANCHEZ,<br>Defendant. | Criminal Case No. 08cr2493-H<br>INFORMATION<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about July 3, 2008, within the Southern District of California, defendant GABRIEL IDELFONSO ABARCA-SANCHEZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 64.60 kilograms (142.12 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/5/08.

KAREN P. HEWITT
United States Attorney

CALEB MASON
Assistant U.S. Attorney

CEM:mg:San Diego
7/16/08